UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARY SMITH ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MARTIN O'MALLEY, ) | No. 5:23-CV-11-FL |
| Commissioner of Social Security ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 23, 2024, it is ordered that defendant pay to plaintiff $ 13,760.86 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $402.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on August 23, 2024, and Copies To:**
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Wanda Mason (via CM/ECF Notice of Electronic Filing)

August 23, 2024              PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk